# Exhibit A

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

VAu 310-137

EFFECTIVE DATE OF REGISTRATION
AUG 22 1994

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK: Bruce W. Talamon's Bob Marley Photographs
NATURE OF THIS WORK: Photographs
PREVIOUS OR ALTERNATIVE TITLES: Bob Marley Photographs
PUBLICATION AS A CONTRIBUTION: (blank)

**2** NAME OF AUTHOR: Bruce W. Talamon
DATES OF BIRTH AND DEATH — Year Born: 1949
Was this contribution to the work a "work made for hire"? No
AUTHOR'S NATIONALITY OR DOMICILE — Citizen of: U.S.A.; Domiciled in: Los Angeles, Calif. USA
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? No; Pseudonymous? No
NATURE OF AUTHORSHIP: ☒ Photograph

NAME OF AUTHOR: (blank)

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 1980
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK: U.S.A.

**4** COPYRIGHT CLAIMANT(S): Bruce W. Talamon

APPLICATION RECEIVED: AUG 22 1994
ONE DEPOSIT RECEIVED: AUG 22 1994
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶

0685368